DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MEGAN K. SMITH (S.B. #307381)
megansmith@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 246 8574
Facsimile:   +1 310 246 6779

ERIC AMDURSKY (S.B. #180288)
eamdursky@omm.com
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:  +1 650 473 2644
Facsimile:   +1 650 473 2601

O'MELVENY & MYERS LLP
*Attorneys for Defendant Garth Brooks*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>                    Plaintiff,<br><br>     v.<br><br>GARTH BROOKS,<br><br>                    Defendant. | Case No. 2:24-cv-09462<br><br>**DEFENDANT GARTH BROOKS' RULE 7.1(A)(2) DIVERSITY DISCLOSURE STATEMENT**<br><br>Complaint Filed: October 3, 2024<br>Removal Date: November 1, 2024 |

1    Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendant Garth

2    Brooks ("Defendant") hereby declares that he is a citizen of the state of Tennessee.

3

4    Dated:  November 1, 2024                    O'MELVENY & MYERS LLP

5

6                                                By:    */s/ Megan K. Smith*

7                                                      Megan K. Smith

8                                                *Attorneys for Defendant Garth Brooks*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT GARTH BROOKS' RULE 7.1(A)(2) DIVERSITY DISCLOSURE STATEMENT