DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MEGAN K. SMITH (S.B. #307381)
megansmith@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 246 8574
Facsimile:   +1 310 246 6779

ERIC AMDURSKY (S.B. #180288)
eamdursky@omm.com
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:  +1 650 473 2644
Facsimile:   +1 650 473 2601

O'MELVENY & MYERS LLP
*Attorneys for Defendant Garth Brooks*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GARTH BROOKS,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-09462<br><br>**DEFENDANT GARTH BROOKS' NOTICE OF PENDENCY OF OTHER ACTION**<br><br>Complaint Filed: October 3, 2024<br>Removal Date: November 1, 2024 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 83-1.4 of the Local Civil Rules for the United States District Court for the Central District of California, Defendant Garth Brooks ("Defendant") hereby gives notice of a substantially similar action pending in the United States District Court for the Southern District of Mississippi, *John Doe v. Jane Roe*, Case No. 3:24-cv-547-HTW-LGI, filed on September 13, 2024.

Plaintiff Jane Roe, who is the defendant in the *John Doe* action, is represented by:

WATSON & NORRIS, PLLC
Louis H. Watson, Jr.
4209 Lakeland Drive #365
Flowood, MS 39232-9212
Phone: (601) 968-0000
Fascimile: (601) 968-0010
louis@watsonnorris.com

WIGDOR LLP
Douglas H. Wigdor
Jeanne M. Christensen
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com

HB ADVOCATES PLLC
Hayley Hanna Baker
1831 12th Ave. S.
Nashville, TN 37203
Telephone: (615) 505-3260
Email: hbaker@hb-advocates.com

DEFENDANT GARTH BROOKS' NOTICE OF PENDENCY OF OTHER ACTION

1  The *John Doe* action involves all or a material part of the same subject matter
2  as this action because it advances legal claims that arise from the falsity of Jane
3  Roe's allegations in this case, including her actual and threatened dissemination and
4  publication of allegations similar to those alleged in this action.

Dated: November 1, 2024

O'MELVENY & MYERS LLP

By: */s/ Megan K. Smith*
    Megan K. Smith

*Attorneys for Defendant Garth Brooks*

- 3 -