DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MEGAN K. SMITH (S.B. #307381)
megansmith@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 246 8574
Facsimile: +1 310 246 6779

ERIC AMDURSKY (S.B. #180288)
eamdursky@omm.com
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2644
Facsimile: +1 650 473 2601

O'MELVENY & MYERS LLP
*Attorneys for Defendant Garth Brooks*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>        Plaintiff,<br><br>  v.<br><br>GARTH BROOKS,<br><br>        Defendant. | Case No. 2:24-cv-09462-MWF-AJR<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: October 3, 2024<br>Removal Date: November 1, 2024 |

# PROOF OF SERVICE

I, Stacee Flowers, declare that I am over the age of 18 and not a party to the within action. My business address is 1999 Avenue of the Stars, Suite 800, Los Angeles CA 90067. On November 8, 2024, I served the following document(s) described as:

- **DEFENDANT GARTH BROOKS' MOTION TO DISMISS OR STAY**
- **[PROPOSED] ORDER GRANTING DEFENDANT GARTH BROOKS' MOTION TO DISMISS OR STAY**
- **NOTICE OF APPEARANCE OF ERIC AMDURSKY**
- **NOTICE OF APPEARANCE OF DANIEL M. PETROCELLI**

on the following party's counsel by mailing copies via Federal Express to the address below:

Robert J. Girard
Omar H. Bengali
GIRARD BENGALI, APC
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300
Fax: (323) 302-8310
rgirard@girardbengali.com
obengali@girardbengali.com

Douglas H. Wigdor
Jeanne M. Christensen
WIGDOR LLP
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com

Hayley H. Baker
HB ADVOCATES PLLC
1831 12th Avenue S.
Nashville, TN 37203
Tel.: (615) 505-3260
hbaker@hb-advocates.com

*Attorneys for Plaintiff Jane Roe*

1  I declare under penalty of perjury under the laws of the United States and
2  the State of California that the above is true and correct.
3  Executed on November 8, 2024, at Los Angeles, California.
4
5
6
7  _____
   Stacee Flowers
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE