DOUGLAS H. WIGDOR (NY SBN 2609469)
dwigdor@wigdorlaw.com
JEANNE M. CHRISTENSEN (NY SBN 2622124)
jchristensen@wigdorlaw.com
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800

HAYLEY BAKER (TN SBN 37439)
hbaker@hb-advocates.com
(To be admitted *pro hac vice*)
**HB ADVOCATES PLLC**
1831 12th Ave. S. #325
Nashville, TN 37215
Tel.: (479) 387-6557

OMAR H. BENGALI (CA SBN 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300

*Attorneys for Plaintiff Jane Roe*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>Plaintiff,<br><br>vs.<br><br>GARTH BROOKS,<br><br>Defendant. | Case No. 2:24-cv-09462-MWF-AJR<br><br>**DECLARATION OF JEANNE M. CHRISTENSEN IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>District Court Judge: Michael W. Fitzgerald<br>Magistrate Judge: A. Joel Richlin<br><br>Hearing Date: December 9, 2024<br>Hearing Time: 10:00am |

I, Jeanne M. Christensen, declare as follows:

1. I am a partner at Wigdor LLP, attorneys of record for Plaintiff Jane Roe ("Plaintiff or "Mrs. Roe."). I make this declaration in opposition to Defendant Garth Brooks' Motion to Dismiss the Complaint.

2. I also am counsel for Mrs. Roe in the action <u>John Doe v. Jane Roe</u>, 3:24-cv-547-HTW-LGI, in the U.S. District Court for the Southern District of Mississippi, Northern Division (hereinafter the "Mississippi Action").

3. As **<u>Exhibit 1,</u>** I attach a copy of the Docket Report for the Mississippi Action that is current through November 22, 2024.

4. As **<u>Exhibit 2,</u>** I attach a copy of the initiating complaint filed by Brooks in the Mississippi Action on September 13, 2024, ECF 1.

5. As **<u>Exhibit 3,</u>** I attach a copy of the initiating complaint filed by Mrs. Roe on October 3, 2024, in California Superior Court, Los Angeles County, Index 24STCV25693, (the "California Action").

6. On October 18, 2024, the court in the Mississippi Action ordered that the record be sealed. See Ex. 1, Minute Entries on 10/18/2024 and 10/21/2024.

7. Counsel for Mrs. Roe will be seeking leave from the Hon. Henry T. Wingate for permission to send *in camera* to this Court, the copies of the amended complaints and the relevant motions, declarations and memoranda of law referenced in Mrs. Roe's Opposition herein.

8.  On October 8, 2024, Brooks filed his amended complaint in the Mississippi Action, and removed "Jane Roe" in the caption and used Mrs. Roe's full name. It is on the sealed docket as ECF 17.

9.  On November 1, 2024, Brooks filed his second amended complaint ("SAC") in the Mississippi Action. The SAC simply omitted any references to the declaratory judgment act and dropped the grounds for a justiciable controversy under 28 USC § 2201 as if the court would not notice. The SAC is on the sealed docket as ECF 25.

10.  On November 4, 2024, in the Mississippi Action, Mrs. Roe submitted a motion, supporting Declaration, attaching exhibits, and a memorandum of law in Support of her Omnibus Motion to Dismiss the Complaint, for Judgment on the Pleadings or in the Alternative to Transfer the Action Pursuant to 28 U.S.C. § 1404(a) (the "Omnibus Motion"). These filings were filed on the sealed docket as ECF 30, 31, and 32.

11.  Thereafter the court permitted Brooks to re-file his SAC, and he filed a (second) SAC on November 15, 2024. This is on the sealed docket as ECF 33.

12.  The (second) SAC is the same as the (first) SAC except Brooks removed named Defendants John Does 1-10.

13. Thereafter the court instructed Mrs. Roe to re-file her Omnibus Motion, which she did on November 18, 2024. These filings are on the sealed docket as ECF 34-36.

14. The Declaration of Hayley Baker is attached as **Exhibit 4.**

15. On November 15, 2024, the court instructed the parties that Brooks' response to the Omnibus Motion is due on December 6, 2024 and Mrs. Roe's reply deadline is December 13, 2024.

16. This past week, Brooks has been attempting to schedule a Rule 26(f) conference in the Mississippi Action. He is doing this knowing that there is a briefing schedule that will conclude on December 13, 2024 for the Omnibus Motion.

17. Counsel for Mrs. Roe will be requesting from the court that discovery is stayed pending resolution of the Omnibus Motion.

18. I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this November 22, 2024 at New York, New York.

By: /s/ Jeanne Christensen
Jeanne M. Christensen

*Attorney for Plaintiff Jane Roe*