DOUGLAS H. WIGDOR (NY SBN 2609469)
dwigdor@wigdorlaw.com
JEANNE M. CHRISTENSEN (NY SBN 2622124)
jchristensen@wigdorlaw.com
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800

OMAR H. BENGALI (CA SBN 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300

HAYLEY BAKER (TN SBN 37439)
hbaker@hb-advocates.com
(To be admitted *pro hac vice*)
**HB ADVOCATES PLLC**
1831 12th Ave. S. #325
Nashville, TN 37215
Tel.: (479) 387-6557

*Attorneys for Plaintiff Jane Roe*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE ROE, <br><br> Plaintiff, <br><br> vs. <br><br> GARTH BROOKS, <br><br> Defendant. | Case No. 2:24-cv-09462-MWF-AJR <br><br> **STIPULATION CONCERNING BRIEF CONTINUANCE OF DECEMBER 9, 2024 HEARING DATE ON DEFENDANT'S MOTION TO DISMISS (DKT. NO. 12); [PROPOSED] ORDER** <br><br> Hon. Michael W. Fitzgerald <br> Magistrate Judge: A. Joel Richlin <br><br> Current Hearing Date: Dec. 9, 2024 <br> Proposed Hearing Date: Dec. 16, 2024 <br> Hearing Time: 10:00am <br> Complaint Filed: October 3, 2024 <br> Removal Date: November 1, 2024 |

**COMES NOW,** Plaintiff Jane Roe and Defendant Garth Brooks (collectively the "Parties") jointly stipulate and request that the noticed hearing date for Defendant's Motion to Dismiss (Dkt. No. 12), which is currently scheduled for December 9, 2024, at 10:00 am, be continued to the Court's next available hearing date, which is December 16, 2024, at 10:00 am, or as soon thereafter as the Court's calendar permits.

In support of the stipulation the Parties state that:

**WHEREAS**, on November 8, 2024, Defendant filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 13(a) (Dkt. No. 12);

**WHEREAS,** the current noticed hearing date is December 9, 2024 at 10:00 am;

**WHEREAS,** on November 22, 2024, four days after the deadline for any opposition set by this Court's Local Rule 7-9, Plaintiff filed an opposition to Defendant's Motion (Dkt. No. 19);

**WHEREAS**, in light of Plaintiff's untimely filing of her opposition brief, the current noticed hearing date of December 9, 2024, does not provide adequate time for Defendant to reply to Plaintiff's opposition; and

**WHEREAS**, so that Defendant may reply to Plaintiff's opposition at least fourteen days prior to the hearing date as contemplated by Local Rule 7-10, the

parties have agreed to ask the Court to continue the noticed hearing date on Defendant's Motion to Dismiss to the next available hearing date on the Court's calendar, which is December 16, 2024, at 10:00 a.m.;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties that the noticed hearing date for Defendant's Motion to Dismiss (Dkt. No. 12) shall be continued to December 16, 2024 at 10:00 am, or as soon thereafter as the Court's calendar permits.

Dated: November 23, 2024

By: /s/ Douglas H. Wigdor

**WIGDOR LLP**
Douglas H. Wigdor (Admitted *pro hac vice*)
Jeanne M. Christensen (Admitted *pro hac vice*)
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com

**GIRARD BENGALI, APC**
Omar H. Bengali
355 S Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (323) 302-8300
obengali@girardbengali.com

*Attorneys for Plaintiff Jane Roe*

Dated: November 23, 2024

By:   /s/ Megan K. Smith

**O'MELVENY & MYERS LLP**
DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MEGAN K. SMITH (S.B. #307381)
megansmith@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 246 8574

ERIC J. AMDURSKY (S.B. #180288)
eamdursky@omm.com
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2644

*Attorneys for Defendant Garth Brooks*

WIGDOR LLP
85 FIFTH AVENUE, FIFTH FLOOR
NEW YORK, NY 10003
(212) 257-6800

3
STIP. RE: MOTION RETURN DATE; [PROPOSED] ORDER
CASE NO. 2:24-CV-09462-MWF-AJR