# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>            Plaintiff,<br><br>      v.<br><br>GARTH BROOKS,<br><br>            Defendant. | Case No. CV 24-9462-MWF(JPRx)<br><br>ORDER GRANTING STIPULATION RE CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO DISMISS |

The Court has reviewed the parties' Stipulation Concerning Brief Continuance of December 9, 2024, Hearing Date on Defendant's Motion to Dismiss (the "Stipulation"), filed November 23, 2024. (Docket No. 21). For good cause shown, the Court GRANTS the parties' request and CONTINUES the hearing on Defendant's Motion to Dismiss (Docket No. 12) to **December 16, 2024, at 10:00 a.m.**

In the future, proposed orders must comply with the Local Rules. *See* Local Rules 7-1, 7-20, and 52-4.1.

**IT IS SO ORDERED.**

Dated:  November 25, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge